AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

—oOo—

UNITED STATES OF AMERICA
V.
RANDY FLOWERS

FILED UNSEALED
MAR 27 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

**WARRANT FOR ARREST**

CASE NUMBER: 1:15 MJ 00044 GSA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest RANDY FLOWERS

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offenses)
Conspiracy to Distribute and or Possess with Intent to Distribute Controlled Substances

in violation of Title 21, United States Code, Section(s) § 846, 841(a)(1)

Gary S. Austin
Name of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

_[signature]_
Signature of Issuing Officer

March 25, 2015, in Fresno, California
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

2049 W. Church Ave, Fresno, CA

| DATE RECEIVED 3/25/15 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 3/26/15 | Sherri Reynolds ATF | [signature] |