AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA



FILED
MAR 27 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
_____
DEPUTY CLERK

## APPEARANCE

Case Number: 1:15-wg-0044-GSA

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Randy Flowers
(Defendant's Name)

I certify that I am admitted to practice in this court.

Date: 3/27/15

Signature

Print Name: Yan E. Shrayberman

State Bar Number: 253a71

Address: P.O. Box 506

City: Fresno, CA  Zip Code: 93709

Phone Number: 559-772-2315

E-Mail Address: YanEsq@me.com

☐ Appointed
☑ Retained