**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

Transcript Designation and Ordering Form
for Appeal of a Magistrate Conviction or Sentence

US District Court Case No. **1:15-CR-00104-AWI-SKO**
Case Title **USA V. FOSTER ET AL**
Date Notice of Appeal Filed   **May 06, 2015**

**Section A – To be completed by appellant**

| HEARING DATE | TYPE OF PROCEEDING |
|---|---|
| ~~May 21 15~~ June 8, 15 | Appeull of A Mugistrate Ovedex |

Date Transcript ordered _May 21, 2015_
Name _Yury E. Shnnybeenny_
Address _P. o. Box 506,   Fresno, CA 93709_
         Street          City/State          Zip

Daytime Telephone Number _559-779-2315_

Check if applicable
☒   I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

**Section B – To be completed by Electronic Court Reporter**

I, _____ have received this designation.
Approximate number of pages in Transcript:_____.
Due Date: _____.

**Section C – To be completed by Electronic Court Reporter**

Date transcript filed _____
Signature _____

**Section D – CERTIFICATE OF RECORD**

US DISTRICT COURT CLERK: I certify that the record is available in the office of the US District Court.

By _____, Deputy Clerk

**INSTRUCTIONS FOR TRANSCRIPT DESIGNATION AND ORDERING FORM**
For Appeal of a Magistrate Conviction of Sentence

The Clerk's Office has filed your Notice of Appeal from a Magistrate Judge's decision in the above–entitled case. You, the Appellant, are directed to complete Section A of the Transcript Designation and Ordering Form within 10 days. Additionally, you must serve a copy of the form on opposing counsel, and a copy on the Electronic Court Reporter in care of the US District Court. The transcript will be ordered and filed by the Clerk of the Court within 30 days.