# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
NOV 13 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

United States of America )
vs. ) Case No. 1:15-CR-00104-AWI-SKO-2
Randy Flowers )

# CONSENT TO MODIFY CONDITIONS OF RELEASE

I, **Randy Flowers**, have discussed with **Ryan Beckwith**, Pretrial Services Officer, modifications of my release conditions as follows:

The following previously ordered condition of pretrial release shall be vacated: You shall participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You shall pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer; **CURFEW:** You are restricted to your residence every day from 9:00 pm to 6:00 am, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

All other conditions of release, not in conflict, shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_/s/ Randy Flowers_     11/13/15            _/s/ Ryan Beckwith_     11/13/15
Randy Flowers           Date                Ryan Beckwith           Date
Signature of Defendant                      Pretrial Services Officer

I have reviewed the conditions and concur that this modification is appropriate.

_/s/_                                       11/13/15
Melanie Alsworth                            Date
Signature of Assistant United States Attorney

I have reviewed the conditions with my client and concur that this modification is appropriate.

_/s/_                                       11/13/15
Yan E. Shrayberman                          Date
Signature of Defense Counsel

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on   11/13/2015
[ ] The above modification of conditions of release is not ordered.

_/s/_                                       11/13/2015
Signature of Judicial Officer               Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services