UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

**PRETRIAL SERVICES VIOLATION PETITION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>v.<br>Randy Flowers | Docket No. 1:15CR00104-AWI-SKO-2<br>Federal Charges: 21:846, 841(a)(1); 21:841(a)(1) – 4 cts; 18:922(g)(1); 21:843(b) |

**COMES NOW,** Zaren Craddock, Pretrial Services Officer of the Court, presenting an official report upon the conduct of Randy Flowers, who was placed on bond by the Honorable Anthony W. Ishii sitting in the Court at Fresno, California, on June 8, 2015, who imposed the following RELEVANT condition(s) of pretrial release which are at issue in this report:

**RELEVANT CONDITION(S):** You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used.

**ALLEGED VIOLATION CONDUCT:** On April 5, 2016, the defendant reported to drug testing as directed, but unable to provide a urine sample. On April 6, 2016, the defendant reported to Pretrial Services and submitted a urine sample which tested positive for the presence of marijuana. The defendant denied marijuana use and the sample was forwarded to the national laboratory for confirmation. On April 12, 2016, the sample was confirmed positive for presence of marijuana by the national laboratory.

**PRAYING THAT THE COURT WILL ORDER** this matter placed on the Court's calendar on Friday, April 15, 2016 at 1:30 p.m..

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

/s/ Zaren Craddock
U.S. Pretrial Services Officer

Dated: April 14, 2016

### ORDER

- ☐ The Court hereby orders a bench warrant be issued for the arrest of the defendant.
- ☐ The Court hereby orders this ex parte motion and order be sealed.
- ☐ The Court orders a summons be issued with an appearance date of _____.
- ☒ The Court hereby orders this matter placed on this court's calendar on April 15, 2016 at 1:30 p.m., and orders the Pretrial Services officer to contact the defendant and/or attorney of record to advise them of said order.
- ☐ The Court orders no action be taken.
- ☐ Petition submitted by email/pdf and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 4(d) before me.

Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

Dated: April 14, 2016