
**FILED**
JUN 30 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

**PRETRIAL SERVICES VIOLATION PETITION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>v.<br><br>Randy Flowers | Docket No. 1:15-CR-00104-AWI-SKO-2<br>Federal Charges: 21:846 & 841(a)(1)-Conspiracy to Distribute and Possess with Intent to Distribute Oxycodone; 21:841(a)(1)-Possession with Intent to Distribute Oxycodone (4 counts); 18: 922(g)(1)-Felon in Possession of Firearm; 21:843(b)-Use of Communication Facility to Facilitate Commission of a Felony |

**COMES NOW**, Dan Stark, Pretrial Services Officer of the Court, presenting an official report upon the conduct of Randy Flowers, who was placed on bond by the Honorable Anthony W. Ishii sitting in the Court at Fresno, California, on June 8, 2015, and who imposed the following RELEVANT condition of pretrial release which is at issue in this report:

**RELEVANT CONDITION(S):** The defendant shall not associate or have any direct or indirect contact with the following co-defendants: Keith Foster, Rafael Guzman, Iran Dennis Foster, Ricky Reynolds, Jennifer Donabedian, and Sarah Ibarra unless in the presence of counsel or otherwise approved in advance by the PSO.

**ALLEGED VIOLATION CONDUCT:** Pretrial Services has information that the defendant had contact with co-defendant Iran Dennis Foster on or about June 17, 2017.

**PRAYING THAT THE COURT WILL ORDER** this matter placed on the Court's calendar at 2:00 pm on Thursday, July 6, 2017.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Dan Stark
Dated: June 30, 2017                    U.S. Pretrial Services Officer

**ORDER**

- ☐ The Court hereby orders a bench warrant be issued for the arrest of the defendant
- ☐ The Court hereby orders this ex parte motion and order be sealed.
- ☐ The Court orders a summons be issued with an appearance date of ___.
- ☒ The Court hereby orders this matter placed on this court's calendar on at 2 p.m. on Thursday, July 6, 2017, and orders the Pretrial Services officer to contact the defendant and/or attorney of record to advise them of said order.
- ☐ The Court orders no action be taken.
- ☐ Petition submitted by email/pdf and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 4(d) before me.

Stanley A. Boone
Dated: June 30, 2017                    UNITED STATES MAGISTRATE JUDGE